FILED

June 11, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

JULIAN AYALA,

        Defendant.

Case No.  2:26-mj-00071-CKD

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JULIAN AYALA ,

Case No.  2:26-mj-00071-CKD , Charge 21 USC § 846 and 841(a)(1), from custody for

the following reasons:

       Release on Personal Recognizance

       Bail Posted in the Sum of $ _____

  X   Unsecured Appearance Bond $   20,000.00

       Appearance Bond with 10% Deposit

       Appearance Bond with Surety

       Corporate Surety Bail Bond

  X   (Other):  The defendants release is delayed until 06/22/2026 at 9:00
AM.

Sacramento County Jail is further ORDERED to release the defendant with a

30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on June 11, 2026 at 2:50 PM.

By: _____

Magistrate Judge Allison Claire