LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 969-9370
toddleras@gmail.com
Attorney for Defendant
JULIAN AYALA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JULIAN AYALA, JAVIER ALVAREZ, and HENRY GOMEZ,<br><br>Defendants. | Case No.: 2:26-cr-0102 DC<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date: September 25, 2026<br>Time: 9:30 a.m.<br>Court: Hon. Dena M. Coggins |

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Nicole M. Vanek, Defendant Julian Ayala by and through Attorney Todd D. Leras, Defendant Javier Alvarez by and through Attorney John Manning, and Defendant Henry Gomez by and through Attorney Kellan Patterson, stipulate as follows:

1. The grand jury returned the Indictment in this case on June 18, 2026. The matter is

presently set for an initial status conference on September 25, 2025.

2. By this Stipulation, Defendants request to continue the status conference to December 11, 2026, and to exclude time between September 25, 2026, and December 11, 2026, for attorney preparation under Local Code T4.

3. This matter involves an alleged conspiracy to distribute cocaine in Yuba County. The Drug Enforcement Administration conducted several controlled purchases of cocaine during an investigation which lasted approximately one year from June 2025 to June 2026.

4. The United States released to defense counsel, on July 10, 2026, discovery materials consisting of written reports regarding the controlled purchase operations conducted during investigation of this matter. Each defense attorney is in the process of reviewing these materials with their respective clients, discussing potential defenses, and initiating defense investigation. The controlled purchase operations occurred in Marysville, California – which is located approximately forty-five miles north of downtown Sacramento. Potential witnesses in this case live in the Marysville area. As a result, defense investigation necessarily involves travel to Marysville and the surrounding area.

5. Counsel for all three Defendants believe that failure to grant the requested continuance would deny them the reasonable time necessary for effective preparation, considering the exercise of due diligence.

6. The government does not object to the continuance.

7. Based on the above-stated findings, the ends of justice served by continuing the case

as requested outweigh the interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act, 18 U.S.C. § 3161, et. seq. For the purpose of computing time under the Speedy Trial Act within which trial must commence, the time period from September 25, 2026, to December 11, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at Defendants' request on the basis that the Court find the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

8. Nothing in this Stipulation and Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which trial must commence.

Assistant U.S. Attorney Nicole Vanek , Attorney John Manning on behalf of Defendant Javier Alvarez, and Attorney Kellan Patterson on behalf of Defendant Henry Gomez have reviewed this document and authorized Todd D. Leras via email to sign it on their behalf.

DATED: September 16, 2026

By <u>/s/ *Todd D. Leras for*</u>
NICOLE M. VANEK
Assistant United States Attorney

DATED: September 15, 2026

By <u>/s/ *Todd D. Leras for*</u>
JOHN MANNING
Attorney for Defendant
JAVIER ALVEAREZ

DATED: September 16, 2026

By <u>/s/ *Todd D. Leras for*</u>
KELLAN PATTERSON
Attorney for Defendant
HENRY GOMEZ

DATED: September 15, 2026

By */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
JULIAN AYALA

**ORDER**

IT IS HEREBY ORDERED as to Julian Ayala, Javier Alvarez, and Henry Gomez, the court, having received, read and considered the parties' stipulation filed on September 17, 2026 (Doc. No. 38), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Status Conference scheduled for September 25, 2026, is VACATED and RESET for December 11, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between September 25, 2026 and December 11, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated: **September 17, 2026**

Dena Coggins
United States District Judge